UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JASON ABBOTT,<br><br>PLAINTIFF<br><br>v.<br><br>ANELA KONIJETI<br>305 WOODED VALLEY DRIVE<br>NEW ALBANY, INDIANA 47150<br><br>Service: OFFICE OF SECRETARY<br>OF STATE<br>SUMMONS BRANCH<br>1025 CAPITAL CENTER DRIVE,<br>SUITE 201<br>FRANKFORT, KENTUCKY 40601<br><br>-and-<br><br>ALLSTATE PROPERTY AND<br>CASUALTYINSURANCE COMPANY<br>3100 SANDERS ROAD, SUITE 201<br>NORTHBROOK, ILLINOIS 60062<br><br>Serve: CT CORPORATION SYSTEM<br>306 WEST MAIN STREET,<br>SUITE 512<br>FRANKFORT, KENTUCKY 40601<br><br>DEFENDANTS | CASE NO. 3:26-CV-00644-DJH<br>Removed from Jefferson Couty Circuit Court<br>Civil Action No. 26-CI-005494 |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Comes Plaintiff, Jason Abbott, by and through counsel, and for his Complaint and causes of action against Defendants, Anela Konijeti and Allstate Property and Casualty Insurance Company, and each of them, hereby states as follows:

**FACTS**

1. Plaintiff, Jason Abbott is, and was at all times relevant herein, a resident of Louisville, Jefferson County, Kentucky.

1. Upon information and belief, Defendant, Anela Konijeti (Konijeti), is, and was at all times relevant herein, a resident of New Albany, Indiana with a mailing address of 305 Wooded Valley Drive, New Albany, Indiana 47150. Defendant Konijeti has statutorily designated the Kentucky Secretary of State as her agent for service of process pursuant to KRS 454.210.

2. Defendant, Allstate Property and Casualty Insurance Company (Allstate), is a limited liability corporation with a principal office address of 3100 Sanders Road, Suite 201. Northbrook, Illinois 60062. Allstate is doing business, and does business, in the Commonwealth of Kentucky as a property and casualty insurance provider. Per the Kentucky Department of Insurance, its agent for service of process is CT Corporation System, 306 West Main Street, Ste. 512, Frankfort, Kentucky 40601.

3. The incident giving rise to this action occurred in Louisville, Jefferson County, Kentucky, and the damages are in excess of the jurisdictional limits of this Court.

4. That on or about September 8, 2025, Plaintiff operated a vehicle northbound along Sherburn Lane in St. Matthews, Jefferson County, Kentucky.

5. That on that date and at the place set forth above, Defendant Konijeti operated her vehicle westbound along the Mall St. Matthews property.

6. That on that date and at the place set forth above, Defendant Konijeti attempted to make a left turn from the Mall St. Matthews property into, and in front of, Plaintiff's lane of travel.

7. That on that date and at the place set forth above, Defendant Konijeti, caused a collision with Plaintiff's vehicle, and then fled the scene.

8. That on that date and at the place set forth above, Defendant Konijeti:

a. negligently and carelessly operated his vehicle;

b. negligently and carelessly failed to yield the right of way to Plaintiff;

c. negligently and carelessly failed to maintain proper control of his vehicle; and

d. negligently and carelessly fled the scene of a collision.

9. As a direct result of her negligence – and only her negligence – Defendant Konijeti caused a collision with Plaintiff's vehicle and serious personal injury(ies) to Plaintiff.

10. Defendant Konijeti violated state statutes including but not limited to KRS 189.290, KRS 189.330, KRS 189.380, and KRS 189.580, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence per se pursuant to KRS 446.070 and Kentucky case law, for which she is directly liable.

11. The negligence of Defendant Konijeti was a substantial factor in causing Plaintiff to suffer property damage to his vehicle and loss of use as defined by KRS §304.39.115, to incur added and unnecessary storage fees, to sustain painful and permanent injuries, to incur medical expenses both past and future, to lose time and income from his employment, to incur the permanent impairment of his power to labor and earn money, and to incur pain and suffering, both body and mind, from the time of the incident to the present and in the future, all of which are in excess of the minimal jurisdictional limits of this Court.

12. At the time of the collision referred to above, Plaintiff was insured under a policy or policies of insurance with Defendant Allstate that, among other coverages, provided Plaintiff with uninsured and/or underinsured motorist coverage(s); upon which policy(ies) premiums were paid and which policy(ies) was/were in full force and effect on the date of the collision referred to above. Plaintiff is entitled to pursue uninsured and/or underinsured motorist benefits.

13. Upon information and belief, Defendant Konijeti was, at the time of the collision referred to above, uninsured and/or underinsured as that term is understood in the applicable policy(ies).

14. Plaintiff obtained medical treatment for injuries sustained in this collision and is entitled to basic reparations benefits pursuant to the policy of insurance with Defendant Allstate and KRS 304.39 *et seq.,* for which Plaintiff hereby makes his demand.

**WHEREFORE**, Plaintiff, by counsel, demands as follows:

1. That the clerk of this Court issue Summons to Defendants, Anela Konijeti and Allstate Property and Casualty Insurance Company, and each of them, and direct a copy thereof, along with a copy of the Complaint.

2. Judgment against the Defendants, and each of them, in favor of Plaintiff, in a fair and reasonable amount to compensate Plaintiff for any and all allowable claims of damages under the laws of the Commonwealth of Kentucky, including basic reparations benefits, as well as all other damages herein alleged;

3. Trial by jury;

4. Costs herein incurred;

5. All just and proper relief to which Plaintiff may appear entitled, including the right to amend this Complaint.

Respectfully submitted,

*/s/ T. Paul Chumbley*

T. Paul Chumbley
**MORGAN & MORGAN, Kentucky**
209 East Main Street, 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 912-5955
Facsimile: (502) 912-6455

pchumbley@forthepeople.com
*Counsel for Plaintiff*

**CERTIFICATION**

The undersigned does hereby certify that the following entities have been notified of the pendency of this action by provision of a true and accurate copy of this Complaint via certified mail, return receipt requested, for any and all purposes relating to subrogation interests which might be asserted herein, underinsured motorist benefits, or any other purpose which, under law, might mandate notice of the pendency of this action.

Pursuant to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

**Anthem Health Plans of Kentucky, Inc.**
**d/b/a Anthem Blue Cross and Blue Shield**
**13550 Triton Park Boulevard**
**Louisville, Kentucky 40223**

**Anthem Health Plans of Kentucky, Inc.**
**d/b/a Anthem Blue Cross and Blue Shield**
**N17 W24340 Riverwood Drive**
**Vernon, Wisconsin 53188**

**Anthem Health Plans of Kentucky, Inc.**
**d/b/a Anthem Blue Cross and Blue Shield**
**P.O. Box 659940**
**San Antonio, Texas 78265**

This 9th day of September 2026.

*/s/ T. Paul Chumbley*
Counsel for Plaintiff